```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| FREDRICK M. MACDONALD, JR., | : | |
| | : | No. 21-cv-4518 (NLH)(AMD) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM OPINION |
| | : | |
| CUMBERLAND COUNTY JAIL, et al., | : | |
| | : | |
| Defendants. | : | |

IT APPEARING THAT:

1. Plaintiff Fredrick MacDonald filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. On October 7, 2021, the Court issued an order to show cause why payments had not been made to the Court as set forth in its March 22, 2021 order granting in forma pauperis status to Plaintiff, ECF No. 4.

3. In response to the order, counsel for the Cumberland County Jail responded that Plaintiff was released into state custody on July 21, 2021, ECF No. 6 at 1.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their

1

client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. The Clerk of the Court will be ordered to administratively terminate this case. Plaintiff may reopen this matter by submitting his updated address.

6. An appropriate order follows.


Dated: February 15, 2022           s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.